# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR202 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ANTHONY BIRDINE,** | ) | |
| | ) | |
| Defendant. | ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 25th day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge