IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR202 |
| Plaintiff, | )<br>)<br>) | |
| vs. | ) | **ORDER** |
| **ANTHONY BIRDINE,** | )<br>)<br>) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motions for reconsideration of the Court's memorandum and order denying his motion filed under 28 U.S.C. § 2255 (Filing Nos. 134, 135). The motions have been carefully considered.

IT IS ORDERED:

1. The Defendant's pro se motions for reconsideration of the Court's memorandum and order and Judgment denying his motion filed under 28 U.S.C. § 2255 (Filing Nos. 134, 135) are denied; and

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 25th day of May, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge